1024

No. 93–454.  LOUISIANA-PACIFIC CORP. *v.* BAKER.  Sup. Ct. Idaho.  Certiorari denied.

No. 93–457.  MILLER *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 2d Cir.  Certiorari denied.

No. 93–466.  STERLING SUFFOLK RACECOURSE LIMITED PARTNERSHIP *v.* BURRILLVILLE RACING ASSN., INC.  C. A. 1st Cir. Certiorari denied.

No. 93–498.  TOWN OF NAHANT, MASSACHUSETTS *v.* O'CONNOR.  C. A. 1st Cir.  Certiorari denied.

No. 93–621.  LEHIGH VALLEY HOSPITAL CENTER, INC., ET AL. *v.* BOYER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–623.  VALLEY FORGE INSURANCE CO. *v.* STRICKLAND, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF STRICKLAND.  Sup. Ct. Miss.  Certiorari denied.

No. 93–626.  GONZALES *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–627.  MEUNIER ET AL. *v.* MINNESOTA DEPARTMENT OF REVENUE ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 93–628.  MINEER *v.* FLEMING COUNTY, KENTUCKY, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 93–641.  FLEMING *v.* BORDEN, INC.  C. A. 4th Cir.  Certiorari denied.

No. 93–645.  NEEDLER ET AL. *v.* OLSON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 93–646.  DONAHEY *v.* LIVINGSTONE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 93–648.  COUNTY OF MURRAY, GEORGIA, ET AL. *v.* VINEYARD.  C. A. 11th Cir.  Certiorari denied.